```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
YENSY CONTRERAS,                                                 :
                                                                 :
                         Plaintiff,                              :
                                                                 :       21 Civ. 9098 (JPC)
              -v-                                                :
                                                                 :       ORDER
                                                                 :
POTTERY POTS USA INC.,                                           :
                                                                 :
                         Defendant.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 20, 2022, the Court ordered the parties to file dismissal papers or a status letter by February 10, 2022. Dkt. 16. The Court has not received such a submission. The parties are ordered to file the dismissal papers or letter by February 28, 2022.

SO ORDERED.

Dated: February 22, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge